

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2022

No. 04-21-00529-CR

Manuel M. **AYALA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9405
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief was originally due on April 21, 2022. After Appellant did not timely file the brief or a motion for extension of time to file the brief, we ordered Appellant's counsel Patrick B. Montgomery to file a motion for extension of time, a motion to dismiss, or the brief by May 9, 2022. Appellant filed a motion for extension of time to file the brief, which we granted, and we set the brief due on June 8, 2022.

To date, no brief or second motion for extension of time to file the brief has been filed.

We order Patrick B. Montgomery to file a motion for extension of time, a motion to dismiss, or the brief within ten days of the date of this order.

If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's counsel is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38. *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2022.

MICHAEL A. CRUZ, Clerk of Court